**UNITED STATES of America,**
**Appellee,**

v.

**Ricardo Valencia IBARRA, Appellant.**

No. 01–3137.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 21, 2001.

Decided Jan. 8, 2002.

Before HANSEN, FAGG, and BEAM,
Circuit Judges.

PER CURIAM.

Ricardo Valencia Ibarra appeals the sentence imposed by the district court[*] after Ibarra pleaded guilty to a methamphetamine-distribution offense. Ibarra argues the district court committed error by denying a minor-participant reduction, *see* U.S.S.G. § 3B1.2(b). We disagree. The

[*] The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota,

district court did not commit clear error because Ibarra-who declined to offer any evidence at sentencing-failed to prove his entitlement to the role reduction. *See United States v. Correa,* 167 F.3d 414, 416 (8th Cir.1999) (standard of review; defendant bears burden to prove he warrants role reduction); *United States v. Lucht,* 18 F.3d 541, 556 (8th Cir.) (determination of defendant's role in offense is to be made on basis of all relevant conduct and not solely on act cited in count of conviction), *cert. denied,* 513 U.S. 949, 115 S.Ct. 363, 130 L.Ed.2d 316 (1994). Accordingly, we affirm the district court.